**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| TOMMIE JAMES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-4417 |
| | § | |
| METROPOLITAN TRANSIT AUTHORITY | § | |
| OF HARRIS COUNTY, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The plaintiff's response to the defendant's summary judgment motion raised disparate discipline and identified a specific comparator.  No later than **January 25, 2013**, the defendant is to file a reply of no more than 10 pages addressing these issues.  The deadlines for the joint pretrial order and docket call are postponed 60 days.  The joint pretrial order is due by **March 22, 2013**. Docket call will be held on **March 29, 2013** at 2:00 p.m. in Courtroom 11-B.

SIGNED on January 7, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge